UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES CHAMNESS, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:13-cv-301 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and THE SPECTRUM HEALTH LONG TERM DISABILITY PLAN, | ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT

Having resolved all pending claims in this matter, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date: February 16, 2017                              /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge